PALMER, LOMBARDI & DONOHUE LLP
515 South Flower Street, Suite 2100
Los Angeles, California 90071

1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| DEUTSCHE BANK SECURITIES INC., a Delaware corporation,<br><br>  Petitioner,<br><br>vs.<br><br>TREVOR RAHN, an individual,<br><br>  Respondent. | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Case No. CV13-5534 RGK (VBKx)<br><br>**[~~PROPOSED~~] JUDGMENT** |
|---|---|---|

IT IS HEREBY ADJUDGED and DECREED that judgment is entered in conformity with the arbitration award (the "Award") issued by the Financial Industry Regulatory Authority ("FINRA") Dispute Resolution arbitration panel in the binding arbitration between Petitioner Deutsche Bank Securities Inc. ("Deutsche Bank") and Respondent Trevor Rahn ("Rahn"), entitled *Deutsche Bank Securities Inc. v. Trevor Rahn*, FINRA Arbitration Case No. 11-00469. Judgment shall be entered in the amount of $763,424.76, consisting of:

| | |
|---|---|
| Compensatory Damages | $516,805.49 |
| Interest on Compensatory Damages | $39,532.20 ($32.14 per day, fixed, commencing as of July 31, 2010 and continuing through December 12, 2013) |
| Attorneys' fees and Costs | $205,654.59 |
| Interest on Attorneys' Fees and Costs | $1,432.48 ($12.79 per day, fixed, commencing as of August 22, 2013 and continuing through December 12, 2013) |

Post-judgment interest shall accrue on the amount of $763,424.76 at the interest rate set forth in 28 U.S.C. § 1961(a) from the date of this judgment until the judgment is paid in full.

IT IS SO ADJUDGED and DECREED.

Dated: February 11, 2014

_____
The Honorable R. Gary Klausner
United States District Court for the
Central District of California